IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-299-D

| | |
|---|---|
| PINNACLE BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CONVEYOR TECH, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

In light of plaintiff's amended complaint [D.E. 35], the court DISMISSES as moot defendants' motions to dismiss the complaint [D.E. 14, 17, 23, 25].

SO ORDERED. This 15 day of April, 2022.

JAMES C. DEVER III
United States District Judge