IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-299-D

| | |
|---|---|
| PINNACLE BANK, a Tennessee corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONVEYOR TECH, LLC, A-TECH OPCO ) <br> LLC, INO-VATE GROUP, LLC, H. ) <br> WILLIAM MURPHY, ANTHONY H. ) <br> DILWEG, and THOMAS RANDY KIRK II, ) <br> ) <br> Defendants. ) | **ORDER GRANTING** <br> **SECOND CONSENT MOTION TO** <br> **MODIFY SCHEDULING ORDER** |

Pursuant to Federal Rule 6.1(a) of the Local Civil Rules for the U.S. District Court for the Eastern District of North Carolina, and for good cause shown, the Second Consent Motion to Modify Scheduling Order is hereby GRANTED. All discovery shall be completed no later than April 13, 2023. All potentially dispositive motions shall be filed no later than May 15, 2023. The remainder of the Scheduling Order (D.E. 57) dated April 5, 2022 remains in effect.

SO ORDERED. This the 15 day of December, 2022.

JAMES C. DEVER III
United States District Judge